IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEXT TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> BEYOND THE OFFICE DOOR LLC d/b/a BTOD.COM, and GREG KNIGHTON, <br><br> Defendants. | Case No. 19-CV-217 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c) Defendants Beyond the Office Door LLC d/b/a BTOD.COM and Greg Knighton, by and through their attorneys, Meissner Tierney Fisher & Nichols S.C., hereby move the Court for an Order for Summary Judgment dismissing all of Plaintiff's claims in their entirety and on the merits.

This Motion is based on the attached Brief in Support of Motion for Summary Judgment, the Affidavits of April K. Toy and Gregory M. Knighton and the pleadings filed to date.

Dated this 31st day of January 2020.

**MEISSNER TIERNEY FISHER & NICHOLS S.C.**

By: s/Mark D. Malloy
Mark D. Malloy
State Bar No. 1035066
mdm@mtfn.com
April K. Toy
State Bar No. 1068614
akt@mtfn.com
**Attorneys for Defendants**

Mailing Address
111 East Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202-6622
Phone: (414) 273-1300
Fax: 414-273-5840

2329004_1.docx