## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEXT TECHNOLOGIES INC., | |
| Plaintiff, | Case No. **3:19-CV-00217** |
| v. | Hon. William M. Conley |
| BEYOND THE OFFICE DOOR LLC d/b/a BTOD.COM, and GREG KNIGHTON, | Mag. Judge Stephen L. Crocker |
| Defendants. | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Next Technologies Inc. in the above-named case hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on June 10, 2020 in favor of Defendants Beyond the Office Door LLC d/b/a BTOD.com and Greg Knighton.

Dated:  July 2, 2020

Respectfully Submitted,

/s/ Brian C. Miller

Brian C. Miller
Wisconsin Bar No. 1101347
millerb@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Phone: (312) 456-8400
Fax: (312) 456-8435

Paul B. Kerlin (*Admitted Pro Hac Vice*)
Texas Bar No. 24044480
kerlinp@gtlaw.com
GREENBERG TRAURIG, LLP
1000 Louisiana, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505

**COUNSEL FOR NEXT
TECHNOLOGIES INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on July 2, 2020 on the Defendants' counsel of record in this case via the CM/ECF system.

*/s/ Paul B. Kerlin*
Paul B. Kerlin